[No. 9252–9–I.   Division One.   January 31, 1983.]

LEON PIERCESON, *Respondent,* v. CREDELL
GREEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 865842, Peter K. Steere, J., entered August 5,
1980. *Reversed* by unpublished opinion per Scholfield, J.,
concurred in by Durham, A.C.J., and Ringold, J.

[No. 5314–4–II.   Division Two.   January 31, 1983.]

CLEM GREENUP, ET AL, *Appellants,* v. HAROLD D.
WEITMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 284084, E. Albert Morrison, J., entered Janu-
ary 12, 1981. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Worswick, A.C.J., and Petrie, J.

[No. 4744–0–III.   Division Three.   February 1, 1983.]

ROBERT J. JONES, ET AL, *Appellants,* v. JAMES
D. LOEBL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 80–2–01911–7, William J. Grant, J.,
entered August 7, 1981. *Affirmed* by unpublished opinion
per Green, J., concurred in by Roe, C.J., and McInturff, J.

[No. 4919–8–II.   Division Two.   February 3, 1983.]

LARRY F. LAZZARESCHI, *Appellant,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 279796, Thomas A. Swayze, Jr., J., entered
July 25, 1980. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Petrich, C.J., and Petrie, J.